FILED

Name: Gerald Adams

Address: 16306 S. Caress

Compton, Ca. 90220

Phone:

Plaintiff In Pro Per

2020 FEB 10 PM 3: 56

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY: C

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

Gerald L, Adams,

PLAINTIFF,

vs.

LAPD, L.A.S.D)

DEFENDANT(S).

Case No.: CV20-1331 - JAK(KES)

(To be supplied by the Clerk)

COMPLAINT FOR:

Defamation

a Negative

Light

**Jury Trial Demanded**

## I. JURISDICTION

1. This Court has jurisdiction under _____

## II. VENUE

2. Venue is proper pursuant to _Los Angeles county_

## III. PARTIES

3. Plaintiff's name is _Gerald L. Adams_. Plaintiff resides at: _16306, S. Carress Compton Ca. 90220_

4. Defendant _L.A, S.D._

5. Defendant _LAPD_

Pro Se Clinic Form

*Page Number*

___.   Defendant _____

*Insert ¶ #*

_____

_____

_____

_____

___.   Defendant _____

*Insert ¶ #*

_____

_____

_____

_____

___.   Defendant _____

*Insert ¶ #*

_____

_____

_____

_____

___.   Defendant _____

*Insert ¶ #*

_____

_____

_____

_____

Pro Se Clinic Form                               *Page Number*

## IV. <u>STATEMENT OF FACTS</u>

Insert ¶ #

LAW ENForcement put pictures of me on the internet Defaming me and putting me in a negative Light

Insert ¶ #

Insert ¶ #

Pro Se Clinic Form

Page Number

*Insert* ¶ #

*Insert* ¶ #

*Insert* ¶ #

## V. <u>CAUSES OF ACTION</u>

### <u>FIRST CAUSE OF ACTION</u>

( _Defamation_ )

*insert title of cause of action*

(**As against Defendant(s):** _LA LAW Enforcement_ )

_____ )

*Insert ¶ #*   negative light

*Insert ¶ #*

*Insert ¶ #*

Pro Se Clinic Form          *Page Number*

## <u>SECOND CAUSE OF ACTION</u>

(_____)
*insert title of cause of action*

(**As against Defendant(s):** _____

_____)

*Insert* ¶ #

*Insert* ¶ #

*Insert* ¶ #

## THIRD CAUSE OF ACTION

( _____ )

*insert title of cause of action*

**(As against Defendant(s):** _____

_____ )

*Insert* ¶ # _____

_____

_____

_____

*Insert* ¶ # _____

_____

_____

_____

*Insert* ¶ # _____

_____

_____

_____

Pro Se Clinic Form                    *Page Number*

## FOURTH CAUSE OF ACTION

(_____)

*insert title of cause of action*

**(As against Defendant(s):** _____

_____)

*Insert* ¶ #

_____

_____

_____

_____

_____

*Insert* ¶ #

_____

_____

_____

_____

_____

*Insert* ¶ #

_____

_____

_____

_____

## VI. <u>REQUEST FOR RELIEF</u>

WHEREFORE, the Plaintiff requests: *Monotary Compensation)*

*Insert ¶ #*

*Insert ¶ #*

*Insert ¶ #*

*Insert ¶ #*

Pro Se Clinic Form

*Page Number*

## VII. DEMAND FOR JURY TRIAL

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: _1- 10 - 20_

Sign: _____

Print Name: _Gerald adams_

Plaintiff in pro per